IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                         CR. 1:05-cr-10005-T

ROLAND W. HAYER

### ORDER SPECIFYING DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

On October 28, 2004, the above reference defendant was ordered to undergo a psychiatric or psychological exam at an appropriate federal medical facility, and that a report of such exam be provided to the Court. On February 24, 2005, this Court received a report of the ordered exam and set a Competency Hearing for March 30, 2005. Accordingly, the time while defendant was undergoing said exam should be excludable. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Court finds there are grounds for excluding the period from October 28, 2004 until February 24, 2005, as excludable delay under Title 18 U.S.C. §3161 (h)(1)(A) and 3161 (h)(8)(A).

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 1 April 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 04-04-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 1:05-CR-10005 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT