IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                        Criminal No. 1:05-10005-01-T

ROLAND W. HAYER

### ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

The trial date of May 2, 2005, is continued by the Court, due to the unavailability of the defendant for medical reasons. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk shall reset the **REPORT DATE/MOTION HEARING** for **MONDAY, JUNE 20, 2005** and the **TRIAL** for **TUESDAY, JULY 5, 2005, at 9:30 A.M.** The Court finds that the grounds for this continuance justified excluding the period of May 2, 2005 to July 5, 2005, as excludable delay under Title 18 U.S.C. §3161(h)(3)(A) and (h)(8)(A).

IT IS SO ORDERED.

_/s/ James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 22 April 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _04-25-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 1:05-CR-10005 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT