

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            Cr. No. 05-10005-T

ROLAND HAYER,

    Defendant.

---

MOTION TO EXCUSE THE DEFENDANT FROM
A PERSONAL APPEARANCE AT REPORT
AND SUBMISSION OF HOSPITAL RECORDS

---

COMES NOW the defendant herein, ROLAND HAYER, by and through appointed counsel, and moves this Honorable Court to excuse the defendant's appearance at his report date on April 21, 2005. In support whereof, defendant herewith submits photocopies of hospital discharge papers, attached, from Jackson-Madison County General Hospital, showing that the defendant was admitted on Sunday, April 17, 2005, and discharged on Tuesday, April 19, 1005. Defendant was too ill to report to the Court personally on April 21, 2005, and respectfully begs the Court to excuse his personal appearance.

WHEREFORE, defendant Roland Hayer respectfully moves this Honorable Court to excuse his appearance before the court on April 21, 2005, due to his illness.

**MOTION GRANTED**
DATE: 26 April 2005

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _04-26-05_



Respectfully submitted,

APRIL R. GOODE
Assistant Federal Defender
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
(901) 544-3895

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Excuse the Defendant from a Personal Appearance at Report and Submission of Hospital Records has been forwarded to James W. Powell, Esq., Assistant U.S. Attorney, 109 S. Highland Avenue, 3rd Floor, Jackson, TN 38301, this 21st day of April, 2005.

APRIL R. GOODE

2

| Method of Discharge: | Accompanied by: | Valuables and/or Medicines: | Vital Signs On Discharge: | Discharged To: |
|---|---|---|---|---|
| Ambulatory: ___ | Friend: ___ | Returned to patient: ___ | Pain Scale: ___ | ☐ Home/Assisted Living |
| Wheelchair: ✓ | Family: ___ | Given to family: ___ | B/P: 129/6_ | ☐ Home with Home Health* |
| Ambulance: ___ | Other: ___ | With Security: ___ | Pulse: ___ | ☐ Home with Hospice* |
| | | In Business Office: ___ | Respirations: 16 | ☐ Home with Infusion Therapy* |
| | | | Temperature: 98.4 | ☐ Hospice Facility* |

**FOR COMPLETE PHYSICAL ASSESSMENT, SEE PATIENT ASSESSMENT FLOW SHEETS**

Nursing Home/Transitional Care*
☐ ICF Bed  ☐ SNF bed
☐ Hospice Bed
☐ Rehabilitation Unit/Facility*
☐ Swing Bed*
☐ Psychiatric Facility*
☐ Federal Hospital*
☐ Children's Hospital*
☐ Cancer Hospital*
☐ Other Acute Care Facility*

* Include name of facility or agency below:

**Skin Assessment: Wounds/Areas of Breakdown**

| Location: | | | | |
|---|---|---|---|---|
| Appearance: | | | | |
| Size: | | | | |
| Drainage: | | | | |
| Comments: | | | | |

**Peripheral IV/Central Line Skin Assessment**

| IV D/C Date: | 4/17/05 | | | |
|---|---|---|---|---|
| Location | ⓇC.. | | | |
| Appearance: | Good | | | |
| Comments | | | | |

☐ Expired
☐ Left AMA

**Patient Teaching:** Patient and/or responsible person verbalizes and/or demonstrates knowledge of the following:

|   |   | Yes | No | Date: | Instructed by: |
|---|---|---|---|---|---|
| 1. | Medicines: See page 2 | | | | |
| 2. | Diet/Diet Teaching: Regular | ✓ | | 4/19/05 | S Bryant |
| 3. | Activity Level/Limitations: As tolerated | | | | |
| 4. | Use of Equipment: N/A | | | | |
| 5. | Wound Care/Special Procedures: Keep clean for yeast infection | | | | |
| 6. | Pain Management: Take pain medicines as ordered, rest, other: N/A | | | | |
| 7. | Importance of stopping smoking (if applicable):<br>☐ Gave copy of teaching sheet "Stopping Smoking" | | | | S Bryant |
| 8. | Signs and symptoms of recurrence to report to the doctor: Short of breath, nausea, vomiting, New weakness, chest pain, Temp more than 101 | | | | |
| 9. | ☒ Informed regarding Press Ganey Survey Process | | | | |
| 10. | Other Information: | | | | |
| 11. | Follow-up appointment with Doctor: with Dr. Honeycutt  Scheduled | | | | |
| 12. | Referrals: | | | | |

HAYER, ROLAND
04/17/2005 04:55    M   W 69Y   01/15/1936
Acct# 4291655    MR# 632995  Z2   MED

Jackson-Madison County General Hospital
An affiliate of West Tennessee Healthcare
PATIENT TEACHING AND DISCHARGE SUMMARY
Form Number DISPLA0006    Page 1 of 2    Revised 06/07/04

| ☐ No home medicines | | | |
|---|---|---|---|
| Name of Medicine | Dose | Frequency | Reason for Medicine |
| 1. *Continue all home meds | | | |
| 2. as prescribed.* | | | |
| 3. | | | |
| 4. Keep appointment with | | | |
| 5. Dr. Honeycutt | | | |
| 6. | | | |
| 7. *Continue to use powders for | | | |
| 8. Rash.* | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

X _RNH_____  Shelly Bryant   4/19/05   13:30
Patient or Responsible Person's Signature   Nurse's Signature   Date   Time

If the patient you are picking up is not at the front door, please ask the person at the Information Desk to check.
**Please do not leave your car unattended at the door. Thank you!**

---

HAYER, ROLAND
04/17/2005 04:55    M   W  69Y    01/15/1936
                                   MED
Acct# 4291655    MR# 632995  Z2

Jackson-Madison County General Hospital
An affiliate of West Tennessee Healthcare
**PATIENT TEACHING AND DISCHARGE SUMMARY**
Form Number DISPLA0006     Page 2 of 2     Revised 06/07/04

TOTAL P.03

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 1:05-CR-10005 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT