

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                        Cr. No. 05-10005-T

ROLAND HAYER,

        Defendant.

---

MOTION TO CONTINUE SENTENCING HEARING

---

COMES NOW counsel for the defendant herein, ROLAND HAYER, by and through appointed counsel, and moves this Honorable Court to continue his sentencing hearing, currently set for Tuesday, October 4, 2005, at 8:30 a.m.

In support whereof, undersigned counsel states unto the Court that she is scheduled to commence trial on Monday, October 3, 2005, before the Hon. J. Daniel Breen in United States v. Mujahid Muhammad, Cr. No. 04-20512-B. The trial is anticipated to last three days.

The United States, in the person of James W. Powell, Esq., Assistant United States Attorney, does not object to this request.

WHEREFORE, defendant Roland Hayer respectfully moves this Honorable Court to continue his sentencing hearing until the conclusion of the above-cited trial.

**MOTION GRANTED**
DATE: 30 Sept 2005

*James D. Todd*
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-04-05_

43

Respectfully submitted,

APRIL R. GOODE
Assistant Federal Defender
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
(901) 544-3895

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Continue Sentencing Hearing has been forwarded to James W. Powell, Esq., Assistant U.S. Attorney,  109 S. Highland Avenue, 3rd Floor, Jackson, TN 38301, this 26th day of September, 2005.

APRIL R. GOODE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in
case 1:05-CR-10005 was distributed by fax, mail, or direct printing on
October 4, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT