IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.     Cr. No. 05-10005-T

ROLAND HAYER,

    Defendant.

## MOTION TO AMEND BOND CONDITIONS

COMES NOW the defendant herein, ROLAND HAYER, through appointed counsel, and moves this Honorable Court to amend the defendant's bond conditions. In support whereof, defendant states unto the Court that he was sentenced on October 25, 3005, and is awaiting notification from the Bureau of Prisons and the Court respecting his report date to an institution.

Meanwhile, the defendant has submitted to the court's strictures with respect to his conduct while in a pretrial mode: since he was granted bond on March 30, 2005, Mr. Hayer has confined himself to his residence unless he was visiting a physician.

Mr. Hayer wishes, prior to his report to an institution, to spend time with his son Michael Hayer, who lives in a Madison-Haywood Developmental Services group home at 8 Butternut Grove, Jackson, Tennessee. Mr. Hayer hopes to be able to visit Michael at the home and take him to a park to fly kites, as they did prior to

**MOTION DENIED**
DATE: 25 November 2005

_James D. Todd_
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __12/01/05__

(52)

the arrest in this case.

Mr. Hayer also requests that he be allowed to accept an invitation to a luncheon sponsored by a friend, Mr. Ronald Ladd, a retired German and Latin teacher in the Haywood County School system. Mr. Ladd proposes a lunch in a restaurant in Jackson and the current strictures of Mr. Hayer's bond conditions do not allow this.

Mr. Hayer, therefore, requests that the Court amend his bond conditions to allow him to leave his home for purposes other than the visiting of his physicians, until such time as he is required to report to an institution. He will abide by such and other conditions which the Court may wish to impose, in order that he be permitted to visit with his family and friends prior to his final incarceration.

Undersigned counsel was unable to reach Assistant U.S. Attorney James W. Powell, but spoke to Assistant U.S. Attorney Jerry Kitchen, who expressed opposition to this motion.

WHEREFORE, defendant Roland Hayer respectfully moves this Honorable Court to amend his bond conditions to allow him to leave his home for ordinary purposes, that is, to visit with family and friends.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 1:05-CR-10005 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT