IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
    Plaintiff,                       )
                                     )
VS.                                  )    No. 05-10005-T-An
                                     )
ROLAND HAYER,                        )
                                     )
    Defendant.                       )

ORDER GRANTING MOTION TO AMEND JUDGMENT
AND FOR EXTENSION OF TIME

Defendant has moved the court to amend the judgment entered in this matter to include a recommendation that he be sent to a medical facility as close as possible to Jackson, Tennessee, such as in Missouri or Kentucky, so that visits with his son may be arranged. Defendant also seeks an additional thirty days in which to report to a facility. The Government does not oppose the motion.

For good cause shown, Defendant's motion is GRANTED. Defendant will be allowed an additional thirty (30) days from December 2, 2005, in which to report to his designated facility. The clerk is DIRECTED to amend the judgment to include the recommendation that Defendant be sent to a medical facility as close as possible to Jackson,

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-02-05

Tennessee, such as in Missouri or Kentucky.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_29 November 2005_
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 1:05-CR-10005 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT