IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



UNITED STATES OF AMERICA

vs.  CR NO. 1:05-10005-001-T

ROLAND HAYER

## AMENDED ORDER TO SURRENDER
(Correcting State Location of Facility)

Defendant, Roland Hayer, #19912-076, having been sentenced in the above styled matter to the custody of the Bureau of Prisons, and having been granted leave by the Court to report to the designated institution at his own expense, is hereby ordered to surrender himself to the Bureau of Prisons by reporting to: Federal Medical Center, 3301 Leestown Road, Lexington, KY 40511, telephone no. 859-255-6812, no later than 12:00 Noon on Tuesday, January 3, 2006.

It is further ordered that upon receipt of a copy of this order, the defendant shall sign and return the copy, to acknowledge receipt of said order and that he will report as directed to the above named institution.

IT IS ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 20 December 2005

ACKNOWLEDGMENT TO BE SIGNED BY THE DEFENDANT: I agree to report as
directed in the above order and understand that if I fail to so
report, I may be cited for contempt of court and if convicted, may
be punished by imprisonment or fine or both.

_____          _____
Date                                 Defendant Signature

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  12/23/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 1:05-CR-10005 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT