FILED BY ew D.C.

05 DEC 27 PM 2:26

THOMAS M. GOULD
CLERK
[illegible]

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ew
DEC 23 2005
AFTER HOURS DEPOSITORY
Thomas M. Gould, Clerk
U.S. District Court
W. D. OF TN, Jackson

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                             Cr. No. 05-10005-T

ROLAND HAYER,

    Defendant.

MOTION GRANTED
DATE: 27 December 2005
James D. Todd
U.S. District Judge

MOTION TO BE PERMITTED TO REPORT
TO LOCAL FACILITY
TO COMPLY WITH COURT'S ORDER
FOR SERVICE OF SENTENCE

COMES NOW the defendant herein, ROLAND HAYER, through appointed counsel, and moves this Honorable Court to allow him to report to a local facility, the CCA West Tennessee Detention Facility, at 6299 Finde Naifeh Jr. Drive, Mason, TN 38049 to commence service of his sentence. In support whereof, defendant states unto the Court that he has been ordered to surrender to FMC Lexington, Kentucky by noon on January 3, 2006. However, the defendant is without the means to transport himself to Lexington, and therefore respectfully requests, in the alternative, that he be permitted to surrender himself at a local facility until such time as the United States Marshal can transfer him to the Lexington institution.

The defendant wishes to abide by the Order of the Court, but events beyond his control and rendered him indigent with respect to

the Court's order. Therefore, the defendant must request this indulgence of the Court. The defendant will continue to attempt to arrange transportation to Lexington, but if he is unable to do so, respectfully requests this alternative.

The United States, in the person of James Powell, Assistant United States Attorney, does not object to this request.

WHEREFORE, defendant Roland Hayer respectfully moves this Honorable Court to be permitted to surrender himself to the Mason facility by noon on Tuesday, January 3, 2006, if he is unable to transport himself to Lexington, Kentucky.

Respectfully submitted,

_____
APRIL R. GOODE
Assistant Federal Defender
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
(901) 544-3895


CERTIFICATE OF SERVICE

This is to certify that a copy of the Motion to be Permitted to Report to Local Facility to Comply with Court's Order for Service of Sentence has been forwarded to James W. Powell, Esq., Assistant U.S. Attorney, 109 S. Highland Avenue, 3rd Floor, Jackson, TN 38301, this 23rd day of December, 2005.

_____
APRIL R. GOODE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 1:05-CR-10005 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT